## Kohut v. Kohut, Appellant.

Ar-

gued November 12, 1969. *Joseph I. Lewis,* with him *Ernest L. Butya,* for appellant; *Gretchen Sohn Reed,* with her *Harold L. Roth,* for appellee.

OPINION PER CURIAM: Order and decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

MONTGOMERY, J., dissents.